181 So.2d 399

**Ernest M. HARRISON, etc., et al.**

v.

**CADDO PARISH SCHOOL BOARD.**

No. 48013.

Jan. 18, 1966.

In re: Ernest M. Harrison, etc., et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 179 So.2d 926.

Writ refused. We find no error of law in the ruling complained of.